THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO RIVAS, Appellant. [27 NYS3d 401]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from three judgments of the Supreme Court, Queens County, all rendered February 20, 2014.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Rivera, J.P., Balkin, Cohen and Barros, JJ., concur.